

# Fourth Court of Appeals
## San Antonio, Texas

October 31, 2017

No. 04-17-00432-CV

### IN THE INTEREST OF A.G.G. ET AL., CHILDREN,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA00058
Honorable Norma Gonzales, Judge Presiding

## O R D E R

This is an accelerated appeal involving the termination of parental rights. Appellant's brief was originally due in this court on October 4, 2017. On that date, appellant filed a motion for extension of time, requesting an additional twenty days to file his brief due to the out of town trips he had to take to Rockport, Texas as a result of Hurricane Harvey. After consideration, we granted appellant's motion for extension of time and ordered his brief due by October 24, 2017. Thereafter, appellant filed a second request for an extension of time, requesting an additional twenty days to file his brief. In his motion, appellant states he has had to dedicate an extensive amount of time away from his office due to repairs he has been making to real and personal property in Rockport, Texas as a result of Hurricane Harvey.

After consideration, we **GRANT** appellant's motion for extension of time and **ORDER** appellant to file his brief **on or before November 13, 2017**. We remind counsel, however, that, by statute, this appeal is accelerated, and this court is mandated to dispose of appeals involving termination of parental rights within 180 days from the date the notice of appeal is filed. Therefore, any delay in the filing of the record or the brief encroaches upon our time for disposition. If the brief is not timely filed, we will abate this appeal and remand it to the trial court for an abandonment hearing.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of October, 2017.



KEITH E. HOTTLE,
Clerk of Court